# United States Bankruptcy Court
## Eastern District of Virginia

In re: **Andrew George Adams, III / Martha Loren Adams**, Debtor(s)

Case No. **18-35543**

Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number: **xxx-xx-6169**

Joint Debtor's Social Security Number: **xxx-xx-0573**

**My (Our) Former Mailing Address and Telephone Number was:**

Name: **Andrew George Adams, III and Martha Loren Adams**

Street: 3127 Quail Hill Drive

City, State and Zip: Midlothian, VA 23112

Telephone #:

**Please be advised that effective February 8th, 2019, my (our) new mailing address and telephone number is:**

Name: **Andrew George Adams, III and Martha Loren Adams**

Street: **12408 Richmond Street**

City, State and Zip: **Chester, VA 23831**

Telephone #:

/s/ Andrew George Adams, III
**Andrew George Adams, III**
Debtor

/s/ Martha Loren Adams
**Martha Loren Adams**
Joint Debtor